UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JUAREZ LUNA, | Case No.: 26-cv-681-RSH-JLB |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al., | |
| Respondents. | |

On February 3, 2026, Petitioner Juan Juarez Luna filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues, among other things, that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 28-32. The Court thereafter issued a briefing schedule. ECF No. 2.

On February 17, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Juan Juarez Luna before an immigration court pursuant to 8 U.S.C.

26-cv-681-RSH-JLB

§ 1226(a) within *seven (7) days* of this order as described above. To the extent Petitioner continues to seek relief following the bond hearing, he shall promptly advise the Court at that time. If Petitioner seeks to recover fees, he must do so by noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The Court **VACATES** the hearing date set for February 26, 2026.

   **IT IS SO ORDERED**.

Dated: February 18, 2026

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-681-RSH-JLB